IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY J. YOUNG,

    Petitioner,

v.                                                  5:13cv265–WS/CJK

JULIE L. JONES,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed February 2, 2015.  <u>See</u> Doc. 13.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

    This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition (doc. 1) for writ of habeas corpus, challenging the judgment of conviction and sentence in *State of Florida v. Randy Jay Young*, Circuit Court Case Number 06–CF–165, is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus in DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this    12th    day of    March   , 2015.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE